LINCOLN V. HORTON (Pro Hac Vice Admission Pending)
HORTON VILLAGE LAW GROUP, APC
lhorton@hortonvillagelaw.com
16236 San Dieguito Road, Suite 5-24
P.O. Box 9181
Rancho Santa Fe, CA 92067
Telephone: 858.832.8685

CARL J. MARQUARDT WSBA# 23257 (Local Counsel)
LAW OFFICE OF CARL J. MARQUARDT PLCC
carl@cjmplcc.com
1126 34th Avenue #311
Seattle, WA 98122
Telephone: 206.388-4498

Pro Hac Vice pending
16236 San Dieguito Road, Suite 5-24
P.O. Box 9181
Rancho Santa Fe, CA 92067
lhorton@hortonvillagelaw.com
Telephone: 858.832.8685

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNIVAR SOLUTIONS USA INC., UNIVAR USA INC., VOPAK USA, INC., and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.  2:24-cv-1782<br><br>**COMPLAINT FOR DAMAGES** |

Plaintiff ZURICH AMERICAN INSURANCE COMPANY and ("Plaintiff" or "Zurich") bring this action against Defendants UNIVAR SOLUTIONS USA INC., UNIVAR USA INC., VOPAK USA, INC. and DOES 1 to 10 (collectively "Defendants" or "Univar"), and allege as follows:

**THE PARTIES AND JURISDICTION**

1. Plaintiff Zurich American Insurance Company ("Zurich") is a New York

1

1  corporation engaged in the insurance business with a statutory home office located
2  at One Liberty Plaza, 165 Broadway, 32nd Floor, New York, New York 10006, and
3  its principal place of business located at 1299 Zurich Way, Schaumburg, Illinois
4  60196.  Zurich is authorized to transact business and has transacted business in
5  Washington.
6      2. Plaintiff is informed and believes and based on such information and belief
7  alleges that Defendant Univar Solutions USA Inc. ("Univar Solutions") is a
8  Delaware corporation with its principal place of business located at 6100 Carillon
9  Point, Kirkland, WA 98033.  Univar Solutions is authorized to transact business
10 and is transacting business in King County, Washington.
11     3. Plaintiff is informed and believes and based on such information and belief
12 alleges that Defendant Univar USA, Inc. ("Univar USA") is a Delaware
13 corporation with its principal place of business located at 6100 Carillon Point,
14 Kirkland, WA 98033.  Univar USA is authorized to transact business and is
15 transacting business in King County, Washington.
16     4. Plaintiff is informed and believes and based on such information and belief
17 alleges that Defendant Vopak USA, Inc. ("Vopak") is a Delaware corporation with
18 its principal place of business located at 6100 Carillon Point, Kirkland, WA 98033.
19 Vopak is authorized to transact business and is transacting business in King
20 County, Washington.
21     5. The amount at issue in this case is over $75,000.00.
22     6. This matter is subject to the Federal District Court's jurisdiction based on
23 the diversity of the parties and the amount at issue pursuant to 28 U.S.C. § 1332.
24     7. Defendants DOES 1 to 10, inclusive, are the fictitious names of those
25 Defendants whose true names are unknown to Plaintiff, and whose true capacities,
26 whether as individuals, corporations, partnerships, joint venturers and/or
27 associations, are also unknown to Plaintiff, and when such true names are
28 ascertained, Plaintiff will amend this complaint by inserting said true names in the

COMPLAINT FOR DAMAGES

place of said fictitious names in accordance with the Federal Rules of Civil Procedure.  Plaintiff is informed and believes and thereon alleges that, whenever and wherever in this complaint all Defendants are the subject of the charging allegations by Plaintiff, said Does are also responsible in some manner for the events and happenings and it shall be deemed that said Defendants, DOES 1 to 10, inclusive, and each of them, are likewise the subject of said charging allegations herein by Plaintiff.

8.  At all times herein mentioned, Defendants, and each of them, were the agents, servants, and employees of each of the other Defendants herein, and at the same time and place of the events hereinafter described, were acting within the course and scope of said agency and employment with the permission and consent of the other Defendants and each of them.  Defendants are, and each of them is, the alter ego of the other Defendants, and Defendants are essentially the extension of each other.

9.  Plaintiff is informed and believes and thereon alleges that Univar Solutions, Univar USA and Vopak are the same company, which has gone through a series of name changes, and now is known as Univar Solutions.

## GENERAL ALLEGATIONS

10.  At Defendants' request, Commercial General Liability insurance policy no. GLO 08298495-00 was issued by Zurich to Defendants for the policy period January 1, 2002 to January 1, 2003 ("Agreement").

11.  The Agreement requires Defendants to pay deductibles for ongoing claims and lawsuits.

12.  Defendants are chemical distributors and have been involved in long-running Environmental "Superfund" clean-up litigation generating ongoing liability for deductible payments per the Agreement.

13.  Per the Agreement, Defendants are billed by Zurich periodically for deductibles related to the ongoing claims and litigation.

COMPLAINT FOR DAMAGES

14. On or about September 30, 2023, Zurich issued Defendants an invoice and demand for payment of a deductible per the Agreement of $459.22.

15. On or about November 1, 2023, Zurich issued Defendants an invoice and demand for payment of a deductible per the Agreement of $455.04.

16. On or about February 1, 2024, Zurich issued Defendants an invoice and demand for payment of a deductible per the Agreement of $153,541.06.

17. On or about March 1, 2024, Zurich issued Defendants an invoice and demand for payment of a deductible per the Agreement of $496.49.

18. On or about March 30, 2024, Zurich issued Defendants an invoice and demand for payment of a deductible per the Agreement of $0.08.

19. On or about August 2, 2024, Zurich issued Defendants an invoice and demand for payment of a deductible per the Agreement of $19,856.33.

20. None of the above invoices totaling $174,808.22 were paid by Defendants.

21. On or about September 11, 2024, Zurich issued Defendants a Statement of Account and demand for payment of the outstanding balances for invoices for deductibles totaling $174,808.22, plus accrued interest.

22. Despite follow up efforts, to date Zurich has not received payment, in whole or in part, from Defendants for the deductibles owed pursuant to the Agreement totaling $174,808.22 for the invoices listed in the complaint, plus accruing interest.

23. Zurich expects that additional invoices for deductibles will be issued during the course of this action, and that the amount owed for Deductibles by Defendants will exceed $174,808.22. Zurich will prove up any additional amounts owed at trial or as part of a dispositive motion.

**FIRST CAUSE OF ACTION**

(Breach of Contract for Damages Against All Defendants)

24. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1 through 22 above, as though fully set forth herein.

COMPLAINT FOR DAMAGES

25. At Defendants' request, Plaintiff issued the at-issue insurance policy, the terms of which are the Agreement.

26. Plaintiff continues to fulfill its contractual obligations to Defendants by providing the insurance coverage set forth in the Agreement.

27. Per the Agreement, Defendants owe Plaintiff $174,808.22 in unpaid deductibles.

28. From September 2023 to August 2024, invoices and demands for payment were made by Plaintiff to Defendants for deductibles of $174,808.22, but no payment was received.

29. On or about September 11, 2024, Plaintiff issued a Statement of Account and follow-up demand for payment to Defendants for deductibles owed per the Agreement of $174,808.22, plus accrued interest.

30. Despite Plaintiff's efforts and demands, to date Plaintiff has not received payment, in whole or in part, from Defendants for deductibles owed pursuant to the Agreement totaling $174,808.22.

31. Defendants materially breached the Agreement and the CGL Agreement by failing to pay Plaintiff the premiums owed totaling $174,808.22.

32. Defendants continue to be in breach of the WC Agreements and the CGL Agreement by failing to pay Plaintiff the deductibles owed totaling $174,808.22.

33. Plaintiff did not waive or otherwise excuse Defendants' obligations pursuant to the Agreement to pay Plaintiff deductibles totaling $174,808.22.

34. As a direct and proximate result of Defendants' breaches of their obligations under the Agreement, Plaintiff has been damaged in the amount of $174,808.22 for billed but unpaid deductibles, plus accruing interest.

35. Plaintiff expects that additional invoices for deductibles will be issued during the course of this action, and that the amount owed for deductibles by Defendants per the Agreement will exceed $174,808.22. Plaintiff will prove up any additional amounts owed at trial or as part of a dispositive motion.

36. Plaintiff seeks and is entitled to obtain a judgment for damages according to proof, plus daily pre-judgment interest calculated at the statutory rate, costs of suit, and such other and further relief as the court deems proper.

WHEREFORE, Plaintiff prays for judgment in its favor and against Defendants as follows:

1. For damages according to proof at trial.
2. For an award of daily pre-judgment interest.
3. For costs of suit.
4. For such other and further relief as the court may deem proper.

Bench Trial requested by Plaintiff.

DATED: October 30, 2024

LAW OFFICE OF CARL J. MARQUARDT PLCC

By: /s/ Carl J. Marquardt
   CARL J. MARQUARDT WSBA # 23257
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel. 206-388-4498
carl@cjmpllc.com

HORTON VILLAGE LAW GROUP, APC

By: /s/ Lincoln V. Horton
   LINCOLN V. HORTON
*Pro Hac Vice pending*
16236 San Dieguito Road, Suite 5-24
P.O. Box 9181
Rancho Santa Fe, CA 92067
lhorton@hortonvillagelaw.com
Telephone: 858.832.8685