1  LINCOLN V. HORTON (Admitted Pro Hac Vice)
   HORTON VILLAGE LAW GROUP, APC
2  lhorton@hortonvillagelaw.com
   16236 San Dieguito Road, Suite 5-24
3  P.O. Box 9181
   Rancho Santa Fe, CA 92067
4  Telephone: 858.832.8685

5  CARL J. MARQUARDT SBN 23257 (Local Counsel)
   LAW OFFICE OF CARL J. MARQUARDT PLCC
6  carl@cjmplcc.com
   1126 34th Avenue #311
7  Seattle, WA 98122
   Telephone: 206.388-4498
8
   Attorneys for Plaintiff ZURICH AMERICAN
9  INSURANCE COMPANY

10                UNITED STATES DISTRICT COURT
11                WESTERN DISTRICT OF WASHINGTON
12

| 13  ZURICH AMERICAN INSURANCE COMPANY, | Case No. 2:24-cv-1782-BAT |
|---|---|
| 14                          | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PER FED. R. CIV. P. 41(A)(1)(A)(i).** |
| 15  Plaintiff, | |
| 16  v. | |
| 17  UNIVAR SOLUTIONS USA INC., UNIVAR USA INC., VOPAK USA, INC., and DOES 1 to 10, inclusive, | |
| 18  Defendants. | |

20   The instant matter has resolved. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),
21 Plaintiffs ZURICH AMERICAN INSURANCE COMPANY and AMERICAN
22 GUARANTEE AND LIABILITY INSURANCE COMPANY (collectively
23 "Zurich") give notice of dismissal of Zurich's complaint/entire action with
24 prejudice.
25 ///
26 ///
27 ///
28 ///

                                    1

                                                        COMPLAINT FOR DAMAGES

| | | |
|---|---|---|
| 1 | DATED: November 30, 2024 | HORTON VILLAGE LAW GROUP, APC |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Lincoln V. Horton<br>LINCOLN V. HORTON<br>Attorneys for Plaintiff ZURICH AMERICAN INSURANCE COMPANY |
| 6 | | |
| 7 | | |
| 8 | DATED: November 30, 2024 | LAW OFFICE OF CARL J. MARQUARDT PLCC |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Carl J. Marquardt<br>CARL J. MARQUARDT<br>Attorneys for Plaintiff ZURICH AMERICAN INSURANCE COMPANY |
| 12 | | |
| 13 | | |

2

COMPLAINT FOR DAMAGES